DONALD BRUNDIN, an Infant, by Y. PIERRE BRUNDIN, His Guardian ad Litem,

Respondent, v. CHARLES BLAUMERT, Appellant.— Order granting plaintiff's motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.